FREDERICK M. RARICK, ESQ.
BAR NO.: 111152
Lawjet@aol.com
13 Pinto Lane
Suite OK
Rolling Hills Estates, CA 90274
Tel: (585) 219-4900
Fax: (585) 219-4905
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENSIBLE FOODS, LLC | Case No.: 3:11- cv-02819-SC |
| Plaintiff, | [PROPOSED] ORDER FOR STIPULATION TO EXTEND INITIAL CASE MANAGEMENT CONFERENCE |
| v. | |
| WORLD GOURMET, INC., HAIN GOURMET, INC.,THE HAIN CELESTIAL GROUP, INC.,WORLD GOURMET MARKETING, LLC, SENSIBLE SNACKS, INC, AND DOES 1-20, inclusive. | Date:     January [13], 2012<br>Time:     10:00 a.m.<br>Ctrm:      1 |
| Defendants. | |

[PROPOSED] ORDER

A Stipulated Request for an Order Extending the Initial Case Management Conference was submitted to this Court, the Honorable Samuel Conti presiding.  Having reviewed the Stipulation, and all other papers and good cause appearing,

IT IS HEREBY ORDERED:

The initial Case Management Conference shall take place on January 13, 2012, at 10:00 a.m. in Courtroom 1 or as soon thereafter as may be scheduled by the Court.  A Joint Case Management Statement is due seven (7) days prior to the conference.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 9/19/11



Honorable Samuel Conti
United States District Court Judge

IT IS SO ORDERED
Judge Samuel Conti