DOUGLAS L. HENDRICKS (CA SBN 83611)
DHendricks@mofo.com
NATHAN B. SABRI (CA SBN 252216)
NSabri@mofo.com
DANIEL A. ZLATNIK (CA SBN 259690)
DZlatnik@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
WORLD GOURMET, INC., HAIN GOURMET, INC., HAIN CELESTIAL GROUP, INC., WORLD GOURMET MARKETING, LLC, AND SENSIBLE SNACKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SENSIBLE FOODS, LLC,

Plaintiff,

v.

WORLD GOURMET, INC., HAIN GOURMET, INC., HAIN CELESTIAL GROUP, INC., WORLD GOURMET MARKETING, LLC, AND SENSIBLE SNACKS, INC.,

Defendants.

Case No. 3:11-cv-02819-SC

**STIPULATION TO EXTEND CASE MANAGEMENT CONFERENCE**

Hon. Samuel Conti

Date: March 9, 2012
Time: 10:00 a.m.
Ctrm: 1

Pursuant to Local Rule 6-1(b), Defendants World Gourmet, Inc., Hain Gourmet, Inc., Hain Celestial Group, Inc., World Gourmet Marketing, LLC, and Sensible Snacks, Inc. ("Defendants") and Plaintiff Sensible Foods, LLC ("Sensible Foods") hereby stipulate as follows:

WHEREAS, the initial Case Management Conference is currently set for January 13, 2012;

WHEREAS, on December 19, 2011, Defendants filed a motion to dismiss the First Amended Complaint;

WHEREAS, Plaintiff intends to file an opposition to Defendants' motion to dismiss the First Amended Complaint;

WHEREAS in the interest of judicial economy, the parties jointly request that the Court continue the Case Management Conference until March 9, 2012.

IT IS HEREBY STIPULATED AND AGREED that the initial Case Management Conference shall take place on March 9, 2012, at 10:00 a.m. in Courtroom 1 or as soon thereafter as may be scheduled by the Court.

Dated: December 23, 2011

***/s/ Nathan B. Sabri***
NATHAN B. SABRI
NSabri@mofo.com

MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
World Gourmet, Inc., Hain Gourmet, Inc., Hain Celestial Group, Inc., World Gourmet Marketing, LLC, Sensible Snacks, Inc.

Dated: December 23, 2011

***/s/ Frederick M. Rarick***
FREDERICK M. RARICK
Lawjet@aol.com

13 Pinto Lane
Suite OK
Rolling Hills Estates, CA 90274
Telephone: (585) 219-4900
Facsimile: (585) 219-4905

Attorney for Plaintiff
Sensible Foods, LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 27, 2011

HONORABLE SAMUEL CONTI

United States District Court Judge

Case3:11-cv-02819-SC Document35 Filed12/27/11 Page3 of 3

**ATTESTATION PURSUANT TO GENERAL ORDER 45 X.B.**

I, Nathan B. Sabri, am the ECF User whose ID and password are being used to file this Stipulation to Extend Time to Respond to Complaint. In compliance with General Order 45, X.B., I hereby attest that Frederick M. Rarick has concurred in this filing.

Dated: December 23, 2011

MORRISON & FOERSTER LLP

***/s/ Nathan B. Sabri***
NATHAN B. SABRI
NSabri@mofo.com

STIPULATION TO EXTEND CMC
Case No. 3:11-cv-02819-SC
sf-3087399

3