1  Perry J. Narancic, SBN 206820
   LEXANALYTICA, PC
2  1730 S. El Camino Real, Suite 270
   San Mateo, CA  94402
3  www.lexanalytica.com
   pjn@lexanalytica.com
4  Tel: 650-814-7688
   Fax: 650-215-2971
5
   Attorneys for Plaintiff
6  SENSIBLE FOODS, LLC

7

8

9            **UNITED STATES DISTRICT COURT**

10          **NORTHERN DISTRICT OF CALIFORNIA**

11            **SAN FRANCISCO DIVISION**

12

13

14  SENSIBLE FOODS, LLC,                    CASE NO. 3:11-cv-02819 SC

15                        Plaintiff,        **[~~PROPOSED~~] ORDER GRANTING
                                            SUBSTITUTION OF ATTORNEYS BY
16        v.                                PLAINTIFF SENSIBLE FOODS, LLC**

17  WORLD GOURMET, INC., *et al.*

18                        Defendants.

19

20

21

22        The Substitution Of Attorneys By Plaintiff SENSIBLE FOODS, LLC submitted by

23  Plaintiff on March 8, 2012 is hereby approved and accepted.

24        IT IS SO ORDERED.

25

26  Dated: __ March 15, 2012 _____     _____
                                            UNITED STATES DISTRICT COURT JUDGE
27

28
                                    1
    [~~Proposed~~] Order Granting Substitution of Attorneys
    Sensible Foods, LLC v. World Gourmet, Inc., et al. -- No. 3:11-cv-02819 SC