Perry J. Narancic, SBN 206820
LEXANALYTICA, PC
1730 S. El Camino Real, Suite 270
San Mateo, CA 94402
www.lexanalytica.com
pjn@lexanalytica.com
Tel: 650-655-2800
Fax: 650-215-2971

Attorneys for Plaintiff
SENSIBLE FOODS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENSIBLE FOODS, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>WORLD GOURMET, INC., HAIN GOURMET, INC., HAIN CELESTIAL GROUP, INC., WORLD GOURMET MARKETING, LLC, AND SENSIBLE SNACKS, INC.,<br><br>        Defendants. | Case No. 3:11-cv-02819-SC<br><br>STIPULATION FOR VOLUNTARY DISMISSAL |

      Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereto stipulate to the dismissal of the within action, with prejudice. The filing attorney certifies that he has obtained consent to make the present filing from all parties whose signatures appear below.

1

Respectfully submitted,

Dated: June 4, 2012

PERRY J. NARANCIC ( CA SBN 206820)
pjn@lexanalytica.com

LexAnalytica, PC
1730 S. El Camino Real, Suite 270
San Mateo, CA  94402
Tel:  (650) 814-7688
Fax:  (650) 215-2971

By:    */s/ Perry J. Narancic*
      Perry J. Narancic

Attorney for Plaintiff

Dated: June 4, 2012

DOUGLAS L. HENDRICKS (CA SBN 83611)
DHendricks@mofo.com
NATHAN B. SABRI (CA SBN 252216)
NSabri@mofo.com

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone:  415.268.7000
Facsimile:  415.268.7522

By:    */s/ Nathan B. Sabri*
      Nathan B. Sabri

MORRISON & FOERSTER LLP
Attorneys for Defendants

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti — 6/7/12]

2

Stipulation for Voluntary Dismissal
Sensible Foods, LLC v. World Gourmet, Inc., et al. -- No. 3:11-cv-02819 SC